IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| KIMBRELY JOE BYARS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. 1:18-CV-45-GCM |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

**<u>ORDER</u>**

Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $4,050.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Christopher S. Stepp, and mailed to his office at 112 South Main Street, Hendersonville, North Carolina 28792, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

So ordered.

Signed: October 24, 2018

Graham C. Mullen
United States District Judge